NO. SCWC-30703

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

STATE OF HAWAIʻI,
Respondent/Plaintiff-Appellee,

vs.

DANYELA CASTRO,
Petitioner/Defendant-Appellant.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(ICA NO. 30703; CR. NO. 1DTA-10-01758)

ORDER DISMISSING APPLICATION FOR WRIT OF CERTIORARI
(By: McKenna, J., for the court[1])

It appearing that the judgment on appeal in the above-referenced matter has not been entered by the Intermediate Court of appeals, see Hawaiʻi Revised Statutes § 602-59(a) (Supp. 2008); see also Hawaiʻi Rules of Appellate Procedure (HRAP) Rule 36(b)(1) (2008),

IT IS HEREBY ORDERED that Petitioner/Defendant-Appellant's application for writ of certiorari, filed April 17, 2012, is dismissed without prejudice to re-filing the application

---

[1] Court: Recktenwald, C.J., Nakayama, Acoba, Duffy and McKenna, JJ.

pursuant to HRAP Rule 40.1(a) ("Within thirty days after the filing of the intermediate court of appeals' judgment on appeal or dismissal order, unless the time for filing the application is extended in accordance with this rule.").

Dated:   Honolulu, Hawaiʻi, April 19, 2012.

Richard L. Holcomb,
for petitioner/
defendant-appellant,
on the application.

FOR THE COURT:

/s/ Sabrina S. McKenna

Associate Justice



2